# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Oscar Cardenas,                                                Civil No. 24-cv-3670 (PJS/SGE)

        Petitioner,

v.

                                              **ORDER**

B. Eischen,

        Respondent.

---

Based upon the Report and Recommendation by United States Magistrate Judge Shannon G. Elkins dated May 6, 2025 (Dkt. 9), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. The petition for a writ of habeas corpus of petitioner Oscar Cardenas (Dkt. 1) is **DENIED.**

2. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:   June 5, 2025                                    /s/ Patrick J. Schiltz
                                                        The Honorable Patrick J. Schiltz
                                                        Chief United States District Court Judge
                                                        for the District of Minnesota